# United States District Court
## Northern District of Illinois
### Eastern Division

Herman Reyes et al

v.

Chicago Transit Authority

**JUDGMENT IN A CIVIL CASE**

Case Number: 10 C 1311

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this Court reviewed and considered the notice(s) to the class members and preliminarily approved the settlement agreement on June 2, 2011 and on June 6, 2011 entered an order preliminarily approving the settlement agreement. That this Court finds the settlement agreement to be fair and reasonable in accordance with this Court's order dated August 1, 2011 granting final approval of settlement agreement.

Michael W. Dobbins, Clerk of Court

Date: August 2, 2011

/s/ Rosa Franco, Deputy Clerk